159 A.3d 940

COMMONWEALTH of Pennsylvania, Respondent

v.

George WILLIAMS, Petitioner

No. 639 EAL 2015

Supreme Court of Pennsylvania.

October 24, 2016

174

## ORDER

PER CURIAM

**AND NOW,** this 24th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Donohue did not participate in the consideration or decision of this matter.